

# Fourth Court of Appeals
## San Antonio, Texas

September 21, 1016

No. 04-16-00467-CR

Samuel Charles **PERKINS**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 186th Judicial District Court, Bexar County, Texas
Trial Court No. 2016CR2492
Honorable Andrew Carruthers, Judge Presiding

**ORDER**

In accordance with the court's opinion of this date, the appeal is DISMISSED FOR WANT OF JURISDICTION.

It is so **ORDERED** on September 21, 2016.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 21st day of September, 2016.

_____
Keith E. Hottle, Clerk